**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: A.B., A MINOR     :   No. 53 WAL 2019
                                                    :
                                                    :
                                                    :   Petition for Allowance of Appeal from
                                                    :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.